UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESLEY ALEX PEARSON,<br><br>              Petitioner,<br>    v.<br><br>S. B. COX, Warden, et al.,<br><br>              Respondent. | Case No. CV 11-621-GW (OP)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, Petitioner's Objections thereto, and Second Final Report and Recommendation. The Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that Judgment be entered: (1) accepting this Second Final Report and Recommendation; and (2) granting Respondent's Motion to Dismiss the Petition as untimely; and (3) directing that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: 2/5/13

HONORABLE GEORGE H. WU
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge

2