JS-6

1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10
11   WESLEY ALEX PEARSON,              )    Case No. EDCV 11-621-GW  (OP)
                                       )
12                      Petitioner,    )    J U D G M E N T
                 v.                    )
13                                     )
14   S. B. COX, Warden, et al.,        )
                                       )
15                                     )
                        Respondents.   )
16   _____)
17           Pursuant to the Order Accepting Findings, Conclusions, and Recommendations
18   of the United States Magistrate Judge,
19           IT IS ADJUDGED that the Petition is denied and this action is dismissed with
20   prejudice.
21
22   DATED: _February 5, 2013_    _____
                                  HONORABLE GEORGE H. WU
23                                United States District Judge
24
25   Prepared by:
26
27   _____
     HONORABLE OSWALD PARADA
28   United States Magistrate Judge